# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:24CR143** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MOTION TO WITHDRAWAL** |
| vs. | ) | **AS COUNSEL** |
| | ) | |
| **JOSHUA MASEK,** | ) | |
| | ) | |
| **Defendant.** | ) | |

COMES NOW the undersigned attorney, Kyle M. Melia, and respectfully requests this court for an Order allowing him to withdraw as the attorney of record for the Defendant based on the following reasons:

1. That the undersigned attorney was retained to represent the Defendant on the above captioned case on September 9, 2024;

2. On September 18, 2024 the undersigned attorney received discovery on the above captioned case;

3. Upon an initial review of discovery, the undersigned attorney learned of a conflict which prohibits continued representation of the Defendant;

4. The undersigned attorney on September 18, 2024, notified the Defendant of the newly discovered conflict which prohibits him from representation and the Defendant consents to the withdraw.

WHEREFORE, the undersigned attorney, respectfully requests an Order from this Court allowing him to withdraw as the attorney of record.

Respectfully submitted this 18th day of September, 2024.

JOSHUA MASEK, Defendant

BY: */s/ Kyle M. Melia*

Kyle M. Melia, #24427
Attorney for Defendant
209 South 19th Street, Suite 525
Omaha, NE 68102
Phone (402) 341-3400
Fax (402) 341-2188
melialawoffice@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all interested parties on the Clerk's CM/ECF electronic filing system.

*/s/ Kyle Melia*
Kyle M. Melia, #24427