IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JOSHUA MASEK,<br><br>            Defendant. | **8:24CR143**<br><br>**ORDER** |

      This matter is before the Court on Defendant's Unopposed Motion to Extend Pretrial Motion Deadline (Filing No. 87). This matter has not been set for trial, but the pretrial motion deadline has been extended several times. The Court will construe the motion as a request to extend the deadline one last time without opposition by the government. For good cause shown, the Court finds the motion to extend should be granted. Accordingly,

      IT IS ORDERED:

1) Defendant's Unopposed Motion to Extend Pretrial Motion Deadline (Filing No. 87), is granted.

2) Pretrial motions shall be filed by June 4, 2025.

3) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and June 4, 2025, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

4) No further extensions will be granted absent extraordinary circumstances and a request for a hearing before the undersigned magistrate judge.

Dated this 4th day of April, 2025.

                                                                      BY THE COURT:

                                                                        s/Michael D. Nelson
                                                                        United States Magistrate Judge